Matt Dunn, Esq. (pro hac vice)
mdunn@getmansweeney.com
Lesley Tse, Esq. (pro hac vice)
ltse@getmansweeney.com
**GETMAN, SWEENEY & DUNN, PLLC**
9 Paradies Lane
New Paltz, NY 12561
Telephone: (845) 255-9370
Facsimile: (845) 255-8649

Benjamin Schonbrun
schonbrun.ben@gmail.com
Michael D. Seplow
mseplow@gmail.com
Aidan C. McGlaze
amcglaze@sshhlaw.com
**SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP**
11543 W. Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SALVADOR CASTRO and FRANCINE NICHOLSON, on behalf of themselves and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SWIFT TRANSPORTATION COMPANY, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, SWIFT TRANSPORTATION SERVICES, LLC, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:16-cv-03232 AB(Ex) <br><br> Assigned to: Hon. Andre Birotte, Jr. <br><br> **COLLECTIVE ACTION** <br><br> **PLAINTIFFS' UNCONTESTED NOTICE OF MOTION AND MOTION FOR COURT APPROVAL OF THEIR FLSA SETTLEMENTS** <br><br> Hearing Date and Time: <br> April 17, 2017 at 10:00 a.m. |

PLEASE TAKE NOTICE, that upon the brief in support and attached exhibits and declarations, Plaintiffs hereby move this Court for an order approving their Fair Labor Standards Act settlements, including their individual recoveries, service awards, and the attorneys' fees and costs.

PLEASE TAKE FURTHER NOTICE, that the motion will be heard on April 17, 2017, at 10:00 a.m. in Courtroom 7B on the seventh floor in the United States District Court for the Central District of California located at 350 West First Street, Los Angeles, CA 90012. Please take further note that oral argument shall occur only in accordance with the Court's rules.

Dated:     March 17, 2017

Respectfully Submitted,

/s/ Matt Dunn
Matt Dunn
Lesley Tse
Getman, Sweeney & Dunn, PLLC
9 Paradies Lane , New Paltz, NY 12561
Tel: (845) 255-9370
mdunn@getmansweeney.com
ltse@getmansweeney.com

*Attorneys for Plaintiffs*