# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CASTRO and FRANCINE NICHOLSON, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION COMPANY, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, SWIFT TRANSPORTATION SERVICES, LLC, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-03232 AB(Ex)<br><br>~~PROPOSED~~ ORDER APPROVING FLSA SETTLEMENTS<br><br>Assigned to: Honorable André Birotte Jr. |

Plaintiffs filed an uncontested motion to approve the settlements between each of the seven Named and opt-in plaintiffs and the Defendants in this FLSA action. Having reviewed the Plaintiffs' submissions, and there being no opposition to the settlements, the Court finds that the agreements represent a fair and reasonable settlement of bona fide disputes. *Flores v. Swift Trans. Co.*, 2:14 Civ. 02900-AB-E, Dkt. 121 (C.D. Cal. May 11, 2016). Accordingly, the Court approves the settlements including the service payments of $10,000 to the Named Plaintiffs, attorneys' fees of one-third the settlement amounts, and costs of $2,866.

IT IS SO ORDERED.

Dated: April 17, 2017

Hon. André Birotte Jr.
United States District Judge

cc: Fiscal

1